**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Wesley Doepke, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Deere & Company, | ) | |
| | ) | Case No.  1:08-cv-073 |
| Defendant. | ) | |

_____

On September 2, 2009, Defendant filed a Motion to Extend Expert Disclosure Deadline. Attached to the motion is a Stipulation to Extend Expert Disclosure Deadline executed by both parties.  The court **GRANTS** Defendant's motion (Docket No.  12).  Defendant shall have until September 22, 2009, to disclose expert witnesses and their reports.

**IT IS SO ORDERED.**

Dated this 3rd day of September, 2009.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge
